UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PLAS B. BOOKER, | ) | |
| Petitioner, | ) | 3:02-cv-00027-LRH-VPC |
| vs. | ) | **ORDER** |
| MICHAEL BUDGE, *et al.*, | ) | |
| Respondents. | ) | |

Before the Court is respondents' third motion for enlargement of time to file an answer or response to the amended petition for writ of habeas corpus (docket #62). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including July 31, 2008, in which to file an answer or response to the amended petition for writ of habeas corpus.

DATED this 30th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE