# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PLAS B. BOOKER,

    Petitioner,

vs.

MICHAEL BUDGE, *et al.*,

    Respondents.

3:02-cv-00027-LRH-VPC

ORDER

    Before the Court is petitioner's motion to fix time to file a reply to respondents' answer (docket #65). Good cause appearing,

    **IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including **May 24, 2009** in which to file a reply to respondents' answer.

    DATED this 25th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE